UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. CHAVERS, | |
| Plaintiff, | No. CV-05-228-FVS |
| v. | ORDER |
| MAGGIE MILLER-STOUT, et al., | |
| Defendants. | |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion to Delete Select Defendants From Complaint, **Ct. Rec. 17**, is **GRANTED**. Defendants **Kevin Hewson** and **David Arnold** are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this order and furnish copies to counsel **and the Plaintiff**.

**DATED** this 13th day of January, 2006.

             s/ Fred Van Sickle
             Fred Van Sickle
       United States District Judge

ORDER - 1